# EXHIBIT A — D







E-mail to a Friend
Printer Friendly Version

Submitted: 1/10/2003 11:24:57 PM
Modified: 1/10/2003 11:24:57 PM

Category:
**Builders & Contractors**

# RSA HOMES RAFFI ARSLANIAN ripoff Builder Abuse in Hardyston NJ. vitimized many new home owners. Hardyston , Sparta, Hardyston , Sparta, Wantage New Jersey

## RSA HOMES - RAFFI ARSLANIAN

Address:
115 River Road, Building 825 Edgewater NJ 07020
Hardyston , Sparta, Wantage New Jersey 07416
U.S.A.
Phone Number:
201-943-0101
Fax:

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

Our Nightmare began one month after we moved into our new home. We notified the builder RSA HOMES that we had a structural column without support. We also notice three-month after we moved in that our neighbor was removing the stucco in the front of the home, when I asked why, the workers said that it was installed wrong well since my home is also stucco I had an Inspection done.

That's when I found out that he had installed EFI in our home we thought we had real stucco he never told us anything about EFIs (synthetic stucco). And you guessed it they installed wrong to and as a result water is entering in between the wall and the stucco.

Not only that he did not secure the light fixture and now every time there is wind the swing back and forward. That is only the beginning, there is a fireplace mantel that is moving away from the wall, floors that pop and squeak, a wall that is bulge and cracked, tray roof without support, girder framing to foundation with insufficient bearing, flashing missing, the stucco was improperly ended at the bottom.

Rsa home has abused not only me, Raffi the owner has done this in every Town he has built in. It is now one year later and we are still fighting, I even have a letter from

**CLICK HERE**

Hammocks on Sale!

**Hammocks** Free Shipping On Sale!

Artist Pino Daeni

**WANTED DEAD BEAT DADS & MOMS** PUT YOUR DEADBEAT **SPOUSE ON TV!!!** So maybe you can finally COLLECT $$$ **WANTED** Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report email us at EDitor@ripoffreport.com Rip-off Report will forward your filed Report to Producers.


Beach toys for less!

the Senator In our state on my behave asking The NJ Dept of Community Affairs to help and still nothing happen. The Builders insurance co. is not worth the paper is written on, unless it falls on your head or is short of collapsing they do not care.

The builders get away with it because the can there is no laws protecting the homeowner. Its not just me he ripped off 99%of the people in my development and other towns he built in also paid the price of building with him. He is now building in Wantage NJ 21 more homes 21 more victims.

Here in Timberline Manor we have band together and filed report after report and are now working on going to the media for help. The homeowners in NJ need some laws pass the protect us. If you're planning to build stay away from RSA HOMES or you will regret it.

Hiedi
hardyston, New Jersey
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on RSA HOMES - RAFFI ARSLANIAN, please use the search box below

[RSA HOMES - RAFFI ARSLANIAN]  [Search]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.