# EXHIBIT B

Dockets.Justia.com

Sign in

**Google**

Web   Images   Video   News   Maps   **more »**

raffi arslanian

Search   Advanced Search
Preferences

---

# Web

Results **11 - 20** of about **408** for **raffi arslanian**. (**0.15** seconds)

### Resolutions and Related Reports: Great Lakes, Addendum to the ...
The owner, **Raffi Arslanian**, told the Panel that **Arslanian** Frères had ceased all imports
from Belco in May 2001 and furnished purchase receipts to ...
www.reliefweb.int/w/rwb.nsf/UNID/5794631D1C7695DCC1256B0A004CEC3D - 147k -
Cached - Similar pages

### [PDF] Newsletter-Special Issue Vers 2
File Format: PDF/Adobe Acrobat - View as HTML
-**Raffi Arslanian**, Jr., Global Studies Senior. and new Co-Business Owner of Ultimate
Aquarium in Isla Vista. "From the first day, Paul taught us the ...
www.global.ucsb.edu/goglobal/newsletters/may_2005.pdf - Similar pages

### Global & International Studies at UCSB: Graduation 2005
Undergraduate Advisor, Jodi Cutler, with Heba Gamal and **Raffi Arslanian**. Professor Mark
Juergensmeyer and Heba Gamal. ...
www.global.ucsb.edu/alumni/grad_05.html - 22k - Cached - Similar pages

### Issue 56, Volume 85 - Daily Nexus
... fish store located at 6565 Trigo Rd., after a lot of money and hard work on the part of the
store's new part-owner, UCSB student **Raffi Arslanian**. ...
www.dailynexus.com/issue.php?i=545 - 15k - Cached - Similar pages

### HOUSE PACIFIQUE - Contact
**Raffi Arslanian**. Producer / Manager. Cell **Raffi** : (514)-651-4046 . Email : **Raffi**@House-
Pacifique.com. Download information as a VCard ...
www.house-pacific.com/index.php?option=com_contact&Itemid=3&lang=us - 20k -
Cached - Similar pages

### HOUSE PACIFIQUE - Profils de l'Equipe
**Raffi Arslanian** President / Producer. Cell : +1 - (514) - 651 - 4046. Email :. This email
address is being protected from spam bots, you need Javascript ...
www.house-pacific.com/index.php?option=com_
content&task=view&id=44&Itemid=53&lang=us - 22k - Cached - Similar pages

### Electronic Dance Music Montréal - DeepSound - Novermber 2006
I have no clue how long House Pacifique's **Raffi Arslanian**, under the pseudonym **Raffi** De
Laroche, has been spinning, or if he's even played live before, ...
www.edmm.ca/content/view/547/18/ - 73k - Cached - Similar pages

### Mtp Target
**Raffi Arslanian** to translated the website in Libanese - Johan Höglund for the translation in
Swedish - Jörg Sonntag for the German version. ...
mtp.jolt.co.uk/?page=news-manager - 12k - Cached - Similar pages

### Rip-off Report.com - badbusinessbureau.com
RSA HOMES **RAFFI ARSLANIAN** ripoff Builder Abuse in Hardyston NJ. vitimized many
new home owners. Hardyston , Sparta, Hardyston , Sparta, Wantage New Jersey ...
www.ripoffreport.com/results.asp?q1=ALL&
q2=&q3=&q4=&q5=PALM+HARBOR+HOMES&q6=&q7=&... - 53k - Cached - Similar pages

Commission d'enquête "Grands Lacs"- [ Translate this page ]
**M. Raffi Arslanian**, administrateur délégué, **Arslanian** Frères. Réunion à huis clos. GR-62,
29/11/2002. M. Hemang Shah, gérant Nami Gems SPRL. ...
www.senate.be/crv/GR/index_fr.html - 33k - Cached - Similar pages

Result Page: **Previous** 1  2  3  4  5  6  7  8  9 10 11       **Next**

raffi arslanian                    [ Search ]

Search within results | Language Tools | Search Tips

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google