# EXHIBIT D

# STRASSER & ASSOC[IATES]
—A Professional Corporation—
ATTORNEYS AT LAW
7 EAST RIDGEWOOD AVE[NUE]
PARAMUS, NEW JERSEY 076[52]
PHONE: (201) 445-9001
FAX: (201) 445-1188

WWW.STRASSER-LAW.[COM]
EMAIL: LAWYERS@STRASSE[R-LAW.COM]
WRITERS EMAIL: _____@STRAS[SER-LAW.COM]

WILLIAM I. STRASSER*

CONRAD M. OLEAR
JOHN M. SHARI*
JOSEPH M. VIGLIOTTI

OF COUNSEL
JOHN P. GUELLA*
ROBERT A. GORMAN

*NJ & NY BAR

February 15, 2007

**FILE COPY**

**VIA CERTIFIED MAIL**
Google
1600 Amphitheatre Parkway
Mountain View, California 94043

ATTN: Legal Department

 Re: **Libelous Article Concerning RSA Homes, Inc.-Raffi Arslanian**

Dear Sir or Madam:

 Please be advised that this Firm represents RSA Homes, Inc. and Raffi Arslanian individually. It has come to our attention that an article published on www.ripoffreport.com is indexed on your website and it contains libelous material concerning our client and we are therefore demanding that said article be removed from your website without further delay or litigation will be commenced to compel said article to be removed as soon as is practicable.

 The article on your site is defamatory and consists of mere allegations and libelous statements concerning RSA Homes, Inc. and Mr. Arslanian. Specifically, the article states that our client improperly constructed their home and that RSA Homes, Inc. "abused not only, me, Raffi the owner has done this in every town he has built in." Also, the article damages our client's reputation in the business community and wrongly alleges that the construction work performed by RSA Homes, Inc. is substandard, calling the experience of working with RSA Homes, Inc. a "nightmare." A copy of this article is attached to this correspondence.

 Libel is defined as a defamatory statement expressed in a fixed medium especially a writing but also a picture, sign or electronic broadcast. The case law in New Jersey and in other jurisdictions have defined the elements of libel as a statement communicated to a third person that tended to harm the plaintiff's reputation in the eyes of the community or to cause others to avoid the plaintiff; only verifiable statements can be defamatory, mere opinions are not

STRASSER & ASSOCIATES, P.C.

Google.com
February 15, 2007
Page Two

actionable; also, the meaning can be affected by the context of the statement; and whether the plaintiff has been harmed by the alleged defamation.

There are certain offenses, which are libel per se, which means that there exists a prima facie case of libel standing alone without additional facts. One of the statements that would qualify as slander per se is of engaging in conduct or having a condition or trait incompatible with his or her business. In National Bowl-O-Mat Corporation v. Brunswick Corporation, 264 F. Supp. 221, 10 Fed.R.Serv.2d 191, the court instructed that "one who falsely and without a privilege to do so publishes a slander which ascribes to another conduct, characteristics or a condition incompatible with the proper conduct of his lawful business, trade, or profession is liable for slander per se." See, Restatement of Torts, sec. 570, p. 170, sec. 573, p. 177 (1938); Mick v. American Dental Association, 49 N.J. Super. 262, 274, 139 A.2d 570 (App. Div. 1958).

Founded in 1987 by Raffi Arslanian, the Bergen County based RSA Enterprises, Inc. and its affiliated companies, has risen through the ranks of New Jersey's successful builders, developers and construction managers. From its inception to date, RSA has maintained a steadfast philosophy to provide consistent service to its clients and client-owners by offering products of superior quality, backed by outstanding professional guidance and service.

It is the position of this Firm that the content featured on your website is libelous and has diminished our client's reputation in the community and as a result he has suffered pecuniary harm as a result of said content. It is hereby demanded that this article be removed from your website within ten (10) days of receipt of this correspondence.

Please guide your actions accordingly.

Sincerely,
STRASSER & ASSOCIATES, P.C.

JOSEPH M. VIGLIOTTI, ESQ.