AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern | District of | New Jersey

RSA Enterprises, A New Jersey For Profit
Corporation and Raffi Arslanian, Individually

V.

Rip-Off Report.com and Google.com

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1882 (HAA)

TO: (Name and address of Defendant)

Rip-Off Report.com
PO Box 310
Tempe, Arizona 85280

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William I. Strasser, Esq.
7 E. Ridgewood Avenue
Paramus, NJ 07652

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                                                    4/24/07

CLERK                                                                                DATE

**DIANNE C. RICHARDS**

(By) DEPUTY CLERK

Dockets.Justia.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | New Jersey |

RSA Enterprises, A New Jersey For Profit
Corporation and Raffi Arslanian, Individually

V.

Rip-Off Report.com and Google.com

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1882 (HAA)

TO: (Name and address of Defendant)

Google.com
1600 Amphitheatre Parkway
Mountain View, California 94043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William I. Strasser, Esq.
7 E. Ridgewood Avenue
Paramus, NJ 07652

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                                        4-24-07

CLERK                                                                    DATE

DIANNE C. RICHARDS

(By) DEPUTY CLERK