RSA ENTERPRISES et al v. RIP-OFF REPORT.COM et al                                                   Doc. 4
Case 2:07-cv-01882-HAA-ES   Document 4   Filed 08/07/2007   Page 1 of 1
Case 2:07-cv-01882-HAA-ES   Document 3   Filed 08/02/2007   Page 1 of 2

**STRASSER & ASSOCIATES, P.C.**
7 East Ridgewood Avenue
Paramus, New Jersey 07652
201-445-9001
Attorneys for Plaintiff, RSA Enterprises, A
New Jersey For Profit Corporation and Raffi
Arslanian, Individually.

| | |
|---|---|
| RSA Enterprises, A New Jersey For Profit Corporation and Raffi Arslanian, Individually<br><br>Plaintiff,<br><br>vs.<br><br>Rip-Off Report.Com, and Google.Com<br><br>Defendants. | UNITED STATES DISTRICT COURT<br><br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 07-1882HAA<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The Plaintiff hereto, RSA Enterprises, A New Jersey For Profit Corporation and Raffi Arslanian, Individually, through their undersigned counsel, hereby stipulate and agree that the within matter is hereby dismissed without prejudice and without costs to either party.

Strasser & Associates, P.C.
7 E. Ridgewood Avenue
Paramus, New Jersey 07652
Attorneys for Plaintiff

By: s/Conrad M. Olear, Esq.

Dated:   August 2, 2007

SO ORDERED:

Harold A. Ackerman
U.S.D.J.